IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER MAZZELLA,<br>Plaintiff | : | No. 3:13cv1516 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LEE MARZEN<br>in his individual capacity,<br>Defendant | : | |

## ORDER

**AND NOW**, to wit, this 20th day of November 2013, defendant's motion to dismiss (Doc. 8) is hereby **DENIED**.

BY THE COURT:

Date: 11/20/13

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court