# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER MAZZELLA,** | : | No. 3:13cv1516 |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **LEE MARZEN** | : | |
| in his individual capacity, | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 14th day of January, 2015, Defendant Lee Marzen's motion for summary judgment (Doc. 25) is **GRANTED**. The Clerk of Court shall enter judgment in favor of the defendant and to close this case.

              s/ James M. Munley
              **JUDGE JAMES M. MUNLEY**
              **United States District Court**